**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BRIDGET MEANS** **PLAINTIFF**

**v.** **No. 3:26-cv-267-DPM**

**CENTER OF BEHAVIORAL LEARNING TRANSFORMATION, INC.** **DEFENDANT**

**ORDER**

**1.** Means's application to proceed *in forma pauperis*, *Doc. 1*, is granted. She has no money in savings, little income, and supports her two young children.

**2.** The Court must screen Means's complaint. 28 U.S.C. § 1915(e)(2). She is a black woman with an attention-deficit disorder. *Doc. 1 at 1 & 3*. She says her employer discriminated against her because of her sex, race, and disability. She says this was retaliation for complaining about her manager. *Doc. 2 at 3*. Means attached her EEOC charge of discrimination and right-to-sue letter. Her charge provides many particulars. As supplemented by her charge, Means has stated plausible claims for discrimination, harassment, and retaliation.

**3.** The Clerk must prepare summons for the Center of Behavioral Learning Transformation, Inc. and provide copies of the summons along with the complaint and this Order to the Marshal, who

must serve process, without prepayment of fees, by registered mail, restricted delivery, return receipt required on the Center's registered agent, Jennifer Hall, at 601 S. Church Street, Jonesboro, Arkansas 72401

So Ordered.

D.P. Marshall Jr.
United States District Judge

15 October 2026